IN THE MATTER OF MARIANNE NELSON, AN
ATTORNEY AT LAW.

January 23, 1986.

Petition for certification denied.

ETHEL PORTER v. DIRECTOR, DIVISION OF TAXATION.

January 23, 1986.

Petition for certification denied.

WALTER N. HOVLAND v. DIRECTOR,
DIVISION OF TAXATION.

January 23, 1986.

Petition for certification denied.   (See 204 *N.J.Super.* 595)

ATLANTIC CITY PROFESSIONAL FIREFIGHTERS, LOCAL 198
v. CITY OF ATLANTIC CITY.

January 23, 1986.

Petition for certification denied.